UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIJAH A. DOMINGUEZ,

Plaintiff,

v.

MARTINEZ FREE MASONS, et al.,

Defendants.

Case No. 18-cv-02950-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 2

Plaintiff, a detainee at Napa State Hospital, has filed a pro se civil rights complaint under 42 U.S.C. § 1983.  He has been granted leave to proceed in forma pauperis.

**DISCUSSION**

**STANDARD OF REVIEW**

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  In its review, the Court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief.  *Id*. at 1915A(b)(1),(2).  Pro se pleadings must be liberally construed.  *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

Federal Rule of Civil Procedure 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief."  Although a complaint "does not need detailed factual allegations, . . . a plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do. . . .  Factual allegations must be enough to raise a right to relief above

1  the speculative level." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citations

2  omitted).  A complaint must proffer "enough facts to state a claim to relief that is plausible on its

3  face." *Id*. at 570.  The United States Supreme Court has explained the "plausible on its face"

4  standard of *Twombly*: "While legal conclusions can provide the framework of a complaint, they

5  must be supported by factual allegations.  When there are well-pleaded factual allegations, a court

6  should assume their veracity and then determine whether they plausibly give rise to an entitlement

7  to relief." *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009).

8       To state a claim under 42 U.S.C. § 1983, a plaintiff must allege that: (1) a right secured by

9  the Constitution or laws of the United States was violated, and (2) the alleged deprivation was

10  committed by a person acting under the color of state law. *West v. Atkins*, 487 U.S. 42, 48 (1988).

11  **LEGAL CLAIMS**

12       Plaintiff contends that the Free Masons are using non-profit shell companies such as

13  Shriner Hospital to profit and then they use that money to control cities, judges, police and

14  politicians.  He alleges that they are violating non-profit laws and are illegally influencing the

15  authorities.  These allegations fail to state a claim under § 1983 and are frivolous.  Because no

16  amount of amendment would cure the deficiencies of the complaint, this action is dismissed

17  without leave to amend.

18  **CONCLUSION**

19      1    The motion to proceed in forma pauperis (Docket No. 2) is **GRANTED**.

20      2.    The complaint is **DISMISSED** with prejudice as frivolous and for failure to state a

21  claim.

22      3.    The Clerk will close this case.

23      **IT IS SO ORDERED.**

24  Dated: July 9, 2018

25

26  _____

27  JAMES DONATO
   United States District Judge

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH A. DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARTINEZ FREE MASONS, et al.,<br><br>Defendants. | Case No.  18-cv-02950-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

District Court, Northern District of California.

That on July 9, 2018, I SERVED a true and correct copy(ies) of the attached, by placing

said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

receptacle located in the Clerk's office.

Elijah A. Dominguez ID: NA-2Ho15-0
2100 Napa Valley Highway
Napa, CA 94558

Dated: July 9, 2018

Susan Y. Soong
Clerk, United States District Court

By _____

LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO